**RECEIVED**

DEC 27 2010

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Lonnie-Gene: Vernon and Karen-Louise: Vernon
10314 Old Valdez Trail
Salcha, Alaska 99714
Telephone: 907-488-1868
Email: happynbuzzy@gmail.com

## The United States of America
## The United States
## District Court of the United States
## District Court of Alaska

**UNITED STATES OF AMERICA**

*Plaintiff*

*v.*

**LONNIE G. VERNON; and KAREN L. VERNON**

*Defendants*

### Counterclaim

**Lonnie-Gene: Vernon,** *in propria persona, sui juris;* and

**Karen-Louise: Vernon,** *in propria persona, sui juris*

*CounterPlaintiffs*

*v.*

**UNITED STATES OF AMERICA**

*CounterDefendant*

**CASE 4:09-cv-00038-RRB**

### NOTICE OF AFFIDAVIT OF TRUTHS FOR THE RECORD

Affidavit of Truths

Page **1** of **16**

Comes now, Lonnie-Gene: Vernon and Karen-Louise: Vernon *in propria persona*, *sui juris* without Assistance of Counsel, by limited special appearance, restricted appearance and not a general appearance with this **Notice of Affidavit of Truths for the Record**.

We, Lonnie-Gene: Vernon and Karen-Louise: Vernon, being flesh and blood, natural born people, hereby declare these statements are true, and we demand everything herein be entered into the record to amend our answers and as an offer of proof, the following:

1. In the interests of Justice, this is a GENERAL DENIAL and full OBJECTION to everything (see *1 *infra*) including but not limited to;

2. We deny we knowingly and intelligently intended to waive or consented to anything and do not consent to or waive anything and invoke **sovereign immunity**; and **deny** the plaintiff's lawful Power and right of jurisdiction over us free of all fraud: see *2 *infra*;

3. In short we **deny** the agents of the plaintiff did not intend to induce us into fraud and did fail to provide us with sufficient competent evidence, proof, and relevant facts, principles of Law, and bona fide definitions of the pinnacle matters so we could understand the plaintiff's basis for its claim and cause of action against us and its lawful Power and right of jurisdiction over us and our private land and home in order for us to formulate and make a proper response and a defense or defenses. To ascertain the Truth we cannot assume anything and we cannot

understand the plaintiff's broad presumptions, assertions, incoherent, indiscernible, and vague foundation for its theory of claim and cause of action without a chain of evidence of sufficient facts supported by clear and unquestionable authority Law that demonstrate a valid lawful claim and cause of action distinguished from their mere "say so" and we emphatically **object** thereto; and **deny** the plaintiff has a valid claim and cause of action over us and our private land and home, plus we **deny** the plaintiff is not a pretended and or "private" authority acting outside the Constitution of the United States, and we **deny** "United States" pursuant to 28 USC 3002 15(A)(B)(C)(D) is "The United States" as "it" does not claim to be the principle real party in interest represented by "the Government of the United States" *of* the Constitution of the United States *of* We the People composing the United States, and "we **deny** the plaintiff produced verified competent evidence of its lawful existence and we emphatically **object** thereto; and **deny** we have or there is any competent evidence to the contrary and free of fraud (see **\*3** *infra*);

4. Free of fraud we **deny** we are any other status than "We the People of the United States" the supreme sovereign power, the class of "natural borne" sovereigns of "The United States of America" and the mighty class of "Creators" of the Constitution and therefore the creators of the Government, as well as the profound "source" of all lawful government Power, therefore if the plaintiff be lawful at all, the People are the source of all of the plaintiff's power, laws, statutes, and

Affidavit of Truths

Page 3 of 16

therefore jurisdiction; the Constitution is the supreme Law of the Land as the form of government and the "creature" *of* We the People. We **deny** the People are of government, which is impossible, since it is a dead thing and artificial creature; and we expressly **deny** what the agents of the plaintiff claims or pretends we are and any other presumptions, and **deny** we have or there is any competent evidence to the contrary and free of fraud (see *4 *infra*);

5. We purge, revoke, and void <u>all</u> of our past and future consent and signatures as if they never existed for being induced into fraud without our assent;

6. Free of all fraud we **deny** we are in active service of, or subject to any government, pretended government or political subdivision thereof, and **deny** we knowingly and intelligently consented to be anything or status other than the class and status known as We the People of the United States and or a member of any public or private corporation or other entity or body especially the plaintiff "UNITED STATES OF AMERICA" or "United States" or "System of Federalism" and **deny** we have or there is any competent evidence to the contrary and free of fraud (see *1 *infra*);

7. Free of fraud we **deny** that we knowingly and intelligently waived anything and **deny** we have or there is any competent evidence to the contrary and free of fraud;

8. We OBJECT to everything including this action in its entirety and **deny** the agents are not concealing and disclosing the true nature of this action and venue

Affidavit of Truths

and **deny** we have or there is any competent evidence to the contrary and free of fraud;

9. We charge the plaintiff's agents with FRAUD, illegal government deception, non full disclosure of all of this to our assent, and **deny** they are not misleading us by concealing the true nature and effect of all of this to our assent and **deny** we have or there is any competent evidence to the contrary and free of fraud, (see*3 *infra*);

10. We **deny** the lawful existence of the plaintiff "UNITED STATES OF AMERICA" and **deny** it was established or created in Law arising under the Constitution of the United States of the People, and deny it is "The United States" and therefore foreign to the same and mere "**private**" authority without Lawful Constitutional Power to enforce, or exercise jurisdiction. See 28 USC 3002 15(A)(B)(C)(D) and "Location of **United States**. The **United States** is located in the **District of Columbia**." Section 1 Chapter 113 Session Laws of Alaska year 2000. Codified at Alaska Statute Title 45.29.307(h), and **deny** we have or there is any competent evidence to the contrary and free of fraud;

11. We **deny** the agents United States Department of Justice D-U-N-S **private** company number 80-844-0460 for the plaintiff have or demonstrated lawful Power of attorney or other valid "commission" or other lawful authority to represent the plaintiff and we demand the same immediately and **deny** we have or there is any competent evidence to the contrary and free of fraud;

Affidavit of Truths

12. We **deny** the plaintiff free of fraud established a lawful contract, agreement, claim, cause of action, right of jurisdiction, and Lawful Power over us and our private land and home prescribed by "clear and unquestionable authority of Law" supported by verified competent evidence of sufficient facts free of fraud, and **deny** their claim and cause of action is clear and unquestionable, and not conceptually vague to the point we **deny** there is and that we understand and comprehend the plaintiff's claim and cause of action against us as sufficient, valid, Lawful and Constitutional; plus we **deny** they did not fail to demonstrate verified competent evidence for (commercial) subject matter jurisdiction of our income tax liability as compulsory free of all fraud; and **deny** the plaintiff and defendant are not "in name only" and without demonstrating verified competent evidence of "what" they are and who and what its statutes apply to, and **deny** the plaintiff demonstrated a forensic chain of comprehensible and undeniable claim and cause of action so that we or the average man can connect all the dots as true, correct and complete valid claim and cause of action, and **deny** we have or there is any competent evidence to the contrary and free of fraud; (see **\*5** *infra*). We expressly **deny** we are citizens, residents or any other such entities or class of "person(s)" as listed in 26 USC Section 7701 Subchapter 39, and we **deny** we are **citizens** or **residents** of the **United States, District of Columbia** or any **judicial district** and we **deny** we are in any trade or business including the performance of a public office and free of fraud;

13. We **deny** the existence of the defendants as deceptively designated in all capital letters by the agents of the plaintiff implying but not demonstrating and therefore concealing whether or not in Truth the plaintiff has a lawful claim, cause of action, right of jurisdiction and Power over the defendants free of fraud, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

14. We **deny** we are the defendants as deceptively designated by the agents of the plaintiff and **deny** that status is not a vastly inferior status to that of our true sovereign birthright status in Law secured by the Constitution of the United States, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

15. We **deny** we are the class of "person" designated in the statutes charged and we charge fraud, and void for vagueness in violation of the fair warning requirement, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

16. We **deny** we are residents of the District and **deny** we have or there is any competent evidence to the contrary and free of fraud;

17. We **deny** we reside and intended to reside in this judicial district, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

18. We **deny** there are any boundaries for this (commercial) judicial district of Alaska prescribed by Law, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

19. Free of fraud we **deny** we have outstanding federal income tax liabilities, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

20. We **deny** we were noticed with a demand for payment, much less with verified competent evidence of the liability free of fraud and **deny** we have or there is any competent evidence to the contrary and free of fraud;

21. We **deny** the plaintiff has or has demonstrated a lawful "legal right" over us and or our private land and home, and **deny** we have or there is any competent evidence to the contrary and free of fraud and demand they prove the same.

22. We **deny** our private land and home is or is used for business, trade or commerce, or public use, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

23. Free of fraud we **deny** we are not the chief executor of the trust, and **deny** the agents of the plaintiff or other person has lawful power to breach the trust prescribed by Law and deny we have or there is any competent evidence to the contrary and free of fraud;

24. Free of fraud we deny anyone or thing has any lawful right, title, property, or interest in our private land and home demonstrated by due court Process of Law or lawful binding contract with consideration and free of fraud, or any lawful Power, right of jurisdiction, or dominion over us and our private land and home,

and **deny** we have or there is any competent evidence to the contrary and free of fraud;

25. Free of fraud we **deny** that certain unknowns are not falsifying public records, documents, and land records and documents to pretend to assimilate this outside the Constitution venue and jurisdiction, and **deny** we have or there is any competent evidence to the contrary and free of fraud;

26. We **deny** this action is not on the equity side of this COURT (see *6 *infra*) and charge the agents of the plaintiff with fraud and obstruction of justice for concealing the true nature and that in equity there is no power in the court prescribed by Law to "decide" matters at all, nor can power to render judgment, or decree and "execute" the same without our consent to the same, and we **deny** we have or there is any competent evidence to the contrary and free of fraud;

27. If we are going to be forced to be tried against our will and against our objection we invoke Trial by Jury pursuant the Constitution and saving to the suitors clause 28 USC 1333(1);

28. We **deny** this "UNITED STATES" DISTRICT COURT 9th District Court D-U-N-S **private** company number 62-719-4657 or Judge can lawfully "exercise" any of the judicial "Power" of the United States of Article III of the Constitution of the United States *of* We the People of the United States, and we deny we have or there is any competent evidence to the contrary and free of fraud;

29. We **deny** this COURT and its member of the Bar Association Judge is not administrative and cannot Lawfully render and execute Constitutional due judicial Court "Process of **Law**", and deny we have or there is any competent evidence to the contrary and free of fraud;

30. We **deny** that we are not the sole owners of our private land and home and we **deny** that we do not have the right to be let alone and we **deny** that our house is not our **castle** and **marital home,** (see *7 *infra*).

28 USC 454: Any justice or judge **appointed** under the authority of the United States who engages in the practice of <u>law</u> is guilty of a **high** misdemeanor.

MR. JUSTICE WHITE (Supreme Court of the United States) delivered the opinion of the Court:
**All** the officers of the government, from the highest to the lowest, are **creatures** of the law and are bound to **obey** it. BUTZ v. ECONOMOU, 438 U.S. 478 (1978)(Y).

All are subordinate 'artificial' creatures of the Law *of* the Constitution '*of*' the People, all else is private authority outside the Constitution.

JERTBERG, Circuit Judge: Or as simply stated by Justice Brewer, 'The **creature** cannot rule the **creator**'. State of Kansas v. State of Colorado, 1906, 206 U.S. 46, 48, 83. GILBERTSON v. CITY OF **FAIRBANKS**, 262 F.2d 734, U. S. Ct. of App. 9th Cir. (1959)(C).

Justice SCALIA (Supreme Court of the United States) delivered the opinion of the Court: Questions of jurisdiction, of course, should be given priority--since if there is no jurisdiction there is **no** authority to sit in judgment of **anything** else. See Steel Co., supra, at 93-102. "Jurisdiction is **power** to <u>declare</u> **the law**, and when it ceases to exist, the **only** function remaining to the court is that of announcing the fact and **dismissing** the cause." Ex parte McCardle, 74 U.S. 506 (1868). Even jurisdiction *over* the **person** (as opposed to subject-matter jurisdiction) "is 'an **essential** element of the jurisdiction of a district ... court,' without which the court is '**powerless** to proceed to an adjudication.' Ruhrgas AG v. Marathon Oil Co., 526 U.S. 574, 584 (1999) (quoting Employers Reinsurance Corp. v. Bryant, 299 U.S. 374 (1937)). [***]
We must apply to this text our <u>longstanding</u> interpretive presumption that "person" does <u>not</u> include the sovereign. See United States v. Cooper Corp., 312 U.S. 600, 604 (1941); United States v. Mine Workers, 330 U.S. 258, 275 (1947).

Affidavit of Truths

**\*1.** Chief Justice MARSHALL delivered the opinion of the Court, and, after stating the case, proceeded as follows: A **denial** of **jurisdiction forbids** all inquiry into the nature of the case. OSBORN v. BANK OF THE UNITED STATES, 22 U.S. 738 (1824)(Y). See also U.S. v. LEE, 106 U.S. 196 (1882)(Y); ROSENBERY BROS v. U.S. SHIPPING, 295 F. 372 (1923)(C); PEREZ v. LEDESMA, 401 U.S. 82 (1970).

**\*2.** Justice KENNEDY (Supreme Court of the United States) delivered the opinion of the Court: In this Nation each **sovereign** governs only with the **consent** of the governed. ALDEN v. MAINE, 527 U.S. 706 (1999)(Y).

Justice BLACK (Supreme Court of the United States) delivered the opinion of the Court:
In our country the **people** are **sovereign** and the Government **cannot** sever its relationship to the people by **taking away** their citizenship. Our **Constitution governs** us and we must **never** forget that our **Constitution** limits the Government to those powers **specifically** granted or those that are necessary and proper to carry out the **specifically** granted ones. The Constitution *of course*, grants Congress **no** express **power** to **strip** people of their citizenship, whether in the exercise of the implied power to regulate foreign affairs or in the exercise of **any** specifically granted power. [Super emphasis added.] AFROYIM v. RUSK Secretary of State, 387 U.S. 253 (1967)(Y).

Justice SOUTER (Supreme Court of the United States) STEVENS, GINSBURG, and Justice BREYER join, dissenting: "[n]o such ideas obtain here; at the Revolution, the sovereignty devolved on the people; and they are **truly** the **sovereigns** of the country, but they are **sovereigns** without subjects (unless the African slaves among us may be so called) and have none to govern but themselves; the **citizens of America** are equal as fellow citizens, and as joint tenants in the **sovereignty**." ALDEN v. MAINE, 527 U.S. 706 (1999)(Y).

Justice KENNEDY (Supreme Court of the United States) delivered the opinion of the Court: We acknowledged that "[t]he immunity of a truly independent sovereign from suit in its own courts has been enjoyed as a matter of **absolute right** for centuries. **Only** the sovereign's **own consent** could qualify the absolute character of that immunity," ibid., that "the notion that immunity from suit is an **attribute** of sovereignty is reflected in our cases," id., at 415, and that "[t]his explanation adequately supports the conclusion that **no** sovereign may be sued in its own courts without its **consent**," id., at 416. ALDEN v. MAINE, 527 U.S. 706 (1999)(Y).

**\*3.** Justice GINSBURG (Supreme Court of the United States) delivered the opinion of the Court: See, e.g., Donaldson v. Read Magazine, Inc., 333 U.S. 178 (1948) (the government's power "to **protect** people against fraud" has "**always** been recognized in this country and is **firmly** established"); ILLINOIS ex rel MADIGAN v. TELEMARKETING ASSOC. INC., 538 U.S. 600 (2003)(H).

JUSTICE SWAYNE (Supreme Court of the United States) delivered the opinion of the court: **Fraud** destroys the validity of **everything** into which it enters. It affects **fatally** even the most solemn judgments and decrees. NUDD v. BURROWS, 91 U.S. 426 (1875)(C).

**\*4.** Justice STEVENS (Supreme Court of the United States) delivered the opinion of the Court: Second, we recognized the **critical postulate** that **sovereignty** is vested in the **people**, ALDEN v. MAINE, 527 U.S. 706 (1999)(Y).

Justice SOUTER (Supreme Court of the United States) STEVENS, GINSBURG, and Justice BREYER join, dissenting: "[n]o such ideas obtain here; at the Revolution, the sovereignty devolved on the people; and they are **truly** the **sovereigns** of the country, but they are **sovereigns** without subjects (unless the African slaves among us may be so called) and have none to govern but themselves; the **citizens of America** are equal as fellow citizens, and as joint tenants in the **sovereignty**." ALDEN v. MAINE, 527 U.S. 706

Affidavit of Truths

Page 11 of 16

(1999)(Y).

Chief Justice FULLER (Supreme Court of the United States) delivered the opinion of the court:
Mr. Justice Buller said: "People' means 'the **supreme** power'; 'the power of country,' whatever it may be. U.S. v. THE THREE FRIENDS, 166 U.S. 1 (1897)(Y).

Justice KENNEDY (Supreme Court of the United States) delivered the opinion of the Court: For **all** jurisdiction implies **superior**ity of power ...." 1 Blackstone, Commentaries on the Laws of England pp 234-235 (1765). ALDEN v. MAINE, 527 U.S. 706 (1999).

**SUPREME POWER:** The **highest** authority in a state, **all** other powers in it being *inferior* thereto. State ex rel. Hartley v. Clausen, 146 Wash. 588. (Black's Law Dictionary 4th Ed. p. 1610.) [Self evident]

*5  Chief Justice REHNQUIST (Supreme Court of the United States) delivered the opinion of the Court: Before the turn of the century, this Court observed that "[n]o right is held more sacred, or is more carefully guarded, by the common law, than the right of every individual to the possession and control of his own person, free from **all** restraint or interference of others, unless by **clear** and **unquestionable** authority *of law*." Union Pacific R. Co. v. Botsford, 141 U.S. 250, 251 (1891). CRUZAN v. DIRECTOR MO. DEPT. OF HEALTH, 497 U.S. 261 (1989)(2).

OPINION, FOX, Chief Judge (U.S. District Court of Michigan): A mere statement of this fact may not seem very significant; **corporations**, after all, are not supposed to exercise the governmental powers with which the Bill of Rights was concerned. But this has been radically **changed** by the emergence of the public-**private** state. Today **private** institutions do exercise governmental power; more, indeed, than 'government' itself ... . We have **two** governments in America, then-**one** under the Constitution and a much greater **one not under the Constitution**. MILOSZEWSKI v. SEARS ROEBUCK, 346 F.Supp. 119 (1972)(2). [Outside = 100% private authority. 18 USC 2381-85 Treason - Sedition.]

ALLEN, J. (Supreme Court of North Carolina): If they are **not** under the Constitution, by what authority do they **exist**? It **cannot** be that we are living as to a part of our government under the Constitution, and as to another part **outside** the **Constitution**, without restrictions or limitations. BICKETT, ATTY. GEN. v. KNIGHT, 169 N.C. 333 (1917).

COX, Chief Justice (Supreme Court of Indiana): A "Constitution" is legislation direct *from* the people acting in their **sovereign** capacity, while a "statute" is legislation from their representatives, subject to limitations prescribed by the **superior** authority. People v. May, 3 Mich. 598. [***] The Legislature, acting **outside** of the Constitution, is **without** jurisdiction and its action **null**." ELLINGHAM v. DYE et al, 178 Ind. 336 (1912) (2).

### WHOLLY ILLEGAL AND VOID IN EVERY PART + IN EXPRESS DISREGARD AND VIOLATION

Mr. Justice NELSON (Supreme Court of the United States) delivered the opinion of the court: We agree that **all** the proceedings of these eleven states, either severally or in conjunction, by means of which the *existing* governments were **overthrown**, and new governments erected in their stead, were **wholly illegal** and **void**, and that they remained after the attempted separation and **change** of **government**, in judgment of law, as completely under **all** their **constitutional** obligations as before. The **Constitution** of the United States, which is the fundamental law of each and **all** of them, not only afforded **no** countenance or authority for these proceedings, but they were, in **every** part of them, in express **disregard** and **violation** of it. MAURAN v. INSURANCE CO., 73 U.S. 1 (1867)(1).

*6. Mr. Justice **WASHINGTON** delivered the opinion of the [supreme] Court [of the United States].

Affidavit of Truths

**Equity** may compel parties to perform <u>their</u> **AGREEMENTS**, **when** *fairly* **entered into**, according to **their terms**; but it has **NO power** to **make agreements** <u>for</u> **parties**, and **then compel them to execute the same**. The former is a legitimate branch of its jurisdiction, and in its exercise, is highly beneficial to society. **The latter is WITHOUT its authority**, and the exercise of it **would be** not only an **USURPATION of power**, but would be **HIGHLY mischievous** in its consequences. HUNT v. RHODES, 26 U.S. 1, 1 Pet. 1, 7 L.Ed. 27 (1828) Y.

**<u>NO</u> POWER IN EQUITY TO DECIDE MATTERS AT ALL – NO POWER TO EXERCISE JURISDICTION**

WHITFIELD, P. J. (Supreme Court of Florida):
There is a <u>clear</u> distinction between the term 'jurisdiction,' in its <u>strict</u> meaning, and as generally used in **equity** jurisprudence. In its **strict** meaning, as I have stated, it imports <u>only</u> the power residing in a **court** to hear <u>and</u> **determine** an action. But, as applied to the power of a court of <u>equity</u>, it is ordinarily used with **more** <u>limited</u> signification and imports, **NOT** the **power** to hear <u>and</u> **DECIDE**, but the **cases or occasions** when the power will be exercised. This **distinction**, while <u>clearly</u> pointed out in the **best** works on **equity** jurisprudence, has not always been observed in judicial opinions; and the expression **'jurisdiction'** has been used when the writers meant **only** to inquire whether the **facts** before the court presented a case for the proper exercise of the power of a court of equity. Mr. Pomeroy has **very** clearly pointed out the distinction here referred to. 1 Pom. **Eq. Jur. 129-131.** The term **'equity jurisdiction,'** he says, 'is used in **contradistinction** to **'jurisdiction'** in **general**, and to 'common-law jurisdiction' **in particular.** * * * **'Equity** jurisdiction,' in its ordinary acceptation, as distinguished *from* the general **power** to **decide** matters **AT ALL**, and *from* the **'common-<u>law</u> jurisdiction,'** is the power to **hear** only. certain kinds and classes of causes, according to the principles of the **method** and **procedure** adopted by the courts of **chancery**, and to decide them in accordance with the **rules** of **equity** jurisprudence. * * * If a court clothed with the **equity** jurisdiction, as thus described, should hear **and decide**, according to **equitable methods**, a case which did **not** fall within the scope of **equitable** jurisprudence, such judgment, however erroneous it might be, and **liable to reversal**, would not **necessarily** be null and void. [* * * Mine.] **Equity** jurisdiction may exist over a case, although it is one in which the doctrine of equity jurisprudence **forbids <u>any</u>** relief to be given, or any <u>right</u> to be maintained. This conclusion is **very** plain, and even commonplace. Yet, equity jurisdiction is **constantly confounded** with the **right** of plaintiff to maintain his suit, and obtain his **equitable** relief; thus, in fact, making the power to decide whether equitable relief should be **granted** depend upon the **actual granting** of such relief.' People ex rel. Gaynor v. McKane, supra, page 985 (78 Hun, 163). MALONE v. MERES, 91 Fla. 709, 109 So. 677 (1926) **C.** *See* the same BROWN, P.J. in PEOPLE ex rel GAYNOR v. McKANE et al, 28 N.Y.S. 981, 78 Hun 154, 9 N.Y.Crim.R. 216, 60 N.Y.St.Rep. 196 (1894) **C.**

*7. Mr. Justice GOLDBERG, whom THE CHIEF JUSTICE and Mr. Justice BRENNAN join, concurring:
I **agree fully** with the Court that, applying these tests, the **right** of **privacy** is a **fundamental personal right**, emanating 'from the **totality** of the **constitutional** scheme under which we live.' Id., at 521, 81 S.Ct. at 1765. Mr. Justice Brandeis, dissenting in Olmstead v. United States, 277 U.S. 438, 478, 48 S.Ct. 564, 572, 72 L.Ed. 944, comprehensively summarized the principles underlying the Constitution's **guarantees** of **privacy**: 'The **protection <u>guaranteed</u>** by the (**Fourth** and **Fifth**) amendments is **much** broader in scope. The **makers** of our Constitution undertook to **secure** conditions favorable to the **pursuit of happiness**. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in **material** things. They sought to **protect** Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as **against** the government, the **right to be let alone**--the **most comprehensive** of rights and the right **most** valued by civilized men.' The Connecticut statutes here involved deal with a **particularly important** and **sensitive** area of **privacy**--that of the marital relation and the marital **home**. [***] 268 U.S., at 534--535, 45 S.Ct. at 573. As this Court said in Prince v. Massachusetts, 321 U.S. 158, at 166, 64 S.Ct.

Affidavit of Truths

438, at 442, 88 L.Ed. 645, the Meyer and Pierce decisions 'have respected the **private** realm of **family** life which the state **cannot** enter.' I agree with Mr. Justice Harlan's statement in his dissenting opinion in Poe v. Ullman, 367 U.S. 497, 551--552, 81 S.Ct. 1752, 1781:n 'Certainly the **safeguarding** of the **home** does not follow merely from the **sanctity** of **property rights**. The **home** derives its **pre-eminence** as the **seat** of **family** life. And the **integrity** of that life is something **so fundamental** that it has been found to draw to its **protection** the principles of **more than one** explicitly granted **Constitutional right**. GRISWOLD v. STATE OF CONNECTICUT, 381 U.S. 479 (1965)(Y).

STEVENS, J., dissenting:
William Blackstone recognized a "right of habitation," 4 Commentaries 223, and opined that **"every man's house** is looked upon by **the law** to be **his castle** of defence and asylum," 3 *id.*, at 288. MCDONALD *v.* CHICAGO ,561 U. S. ____ (2010).

Mr. Justice DOUGLAS, with whom Mr. Justice GOLDBERG concurs as respects Parts II-V, for reversing and directing **dismissal** of the indictment: The **home** *of course* is the **essence** of privacy, in **no** way **dedicated** to **public** use, in **no** way extending an invitation to the **public**. [***] Joseph H. Choate, who argued the Income Tax Cases (Pollock v. Farmers' Loan & Trust Co., 157 U.S. L.Ed. 759),429, 534, 15 S.Ct. 673, 39 said: 'I have thought that one of the **fundamental objects** of **all** civilized government was the **preservation** of the rights of **private property**. I have thought that it was the **very keystone** of the **arch** upon which **all** civilized government rests, and that this once abandoned, **everything** was at stake and in **danger**. That is what Mr. Webster said in 1820, at Plymouth, and I supposed that **all** educated, civilized men believed in that.' BELL v. STATE OF MARYLAND, 378 U.S. 226 (1964)(Y).

See government's employee 'Personnel Affidavit' document (GPO 1992 60-648 (m)) for their Oath of Allegiance to the Constitution of the United States citing Title 5 U.S.C. § 3331, Every person appointed to any office of' honor or profit shall, before entering upon the duties of such office, and before being entitled to any part of the salary thereof, take and subscribe to the following oath: 'I, ………., do solemnly swear (or affirm) that I will support and defend the **Constitution** of the United States against all enemies foreign and domestic; that I will bear true faith and **allegiance** to the same; that I take this obligation freely, without **any** mental reservation or purpose of **evasion**; and that I will well and faithfully discharge the duties of the office on which I am about to enter. **So help me God**.'

God Bless America and all of our honest servants bound by Oath to obey the Constitution of the United States *of* We the People of the United States.

Affidavit of Truths

**All Rights Reserved and No Rights Waived**

I ~~Lonnie-Gene: Vernon~~ and ~~Karen-Louise: Vernon~~ certify that the above
My Hand, Lonnie-Gene: Vernon     My Hand, Karen-Louise: Vernon

**Notice of Motion and Affidavit** is true and correct to the best of our knowledge.

Notary Public:
Use of Notary is for attestation and verification purposes only.

Sworn and Subscribed before me, a Notary Public for the State of Alaska, on this date 22ND DECEMBER 2010 Appeared LONNIE GENE VERNON and KAREN-LOUISE VERNON and state that all statements herein are true and factual.

Notary Public's Signature ~~Suzanne L Cook~~
My Commission expires: April 12, 2011



Affidavit of Truths

Page **15** of **16**

## Certificate of Service

I, here by certify that true and correct copies of this Notice of Affidavit of Truths for The Record, were mailed on this date, First Class USPS Mail to the following parties:

Richard A. Schwartz
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, District of Columbia 20044
202-307-6322
Fax: 202-307-0054

Clerk of Court
U.S. District Court
District of Alaska
222 West 7th Avenue, Box 4
Anchorage, Alaska 99513
907-667-6601

Signature _Karen-Louise: Vernon_
Date: _December 22, 2010_

Affidavit of Truths

Page **16 of 16**