**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
      Plaintiff,

Case Number 4:09-cv-00038-LRS

v.

LONNIE G. VERNON and KAREN L. VERNON,
      Defendant.      **JUDGMENT IN A CIVIL CASE**

\_\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

THAT Summary Judgment is GRANTED in favor of plaintiff United States of America and against defendants Lonnie G. Vernon and Karen L. Vernon.

THAT Plaintiff United States of America recover of defendant Lonnie G. Vernon the sum of $52,547.34, plus interest accruing after January 15, 2011, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) in the amount of $_____ until paid.

THAT Plaintiff United States of America recover of defendant Karen L. Vernon the sum of $123,250.24, plus interest accruing after January 15, 2011, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) in the amount of $_____ until paid.

THAT Lonnie G. Vernon and Karen L. Vernon are liable, jointly and severally, for the United States' reasonable expenses, including attorney's fees in bringing its motions to compel and for discovery sanctions in the amount of $3,373.36 plus interest accruing after September 1, 2010, pursuant to 28 U.S.C. § 1961 in the amount of $_____ until paid.

THAT the United States has valid and subsisting liens in the amount of $52,547.34, plus interest accruing after January 15, 2011, in the amount of $_____ pursuant to 26 U.S.C. §§ 6601, 6621 &

[Jmt1-with fees and costs-revised 1-30-06]

6622, and 28 U.S.C. § 1961(c) until paid, on all property and rights to property belonging to Defendant Lonnie G. Vernon including, but not limited to, the Subject Property.

THAT the United States has valid and subsisting liens in the amount of $123,250.24, plus interest accruing after January 15, 2011, pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) in the amount of $_____ until paid, on all property and rights to property belonging to Defendant Karen L. Vernon including, but not limited to, the Subject Property.

THAT the United States is entitled to foreclose upon Lonnie G. Vernon's and Karen L. Vernon's interest in the real property physically located at 10314 Old Valdez Trail, Salcha, Alaska, 99714, and legally described as follows:

> Track "F" of DOWLING ACRES SUBD., according to the plat filed March 23, 1976 as Plat Number 76-12; Records of the Fairbanks Recording District, Fourth Judicial District, State of Alaska. SUBJECT TO: 2009 Real Property Taxes Reservations and exceptions as contained in the U.S. Patent; Notes; Easements of record; and Covenants, Conditions and Restrictions.

THAT real property identified above shall be sold, with the proceeds from such sale being applied to Defendants' assessed tax liabilities in accordance with 26 U.S.C. § 7403(c) and 28 U.S.C. § 2001, with the sale proceeds to be applied first to the costs of such sale, second to pay any outstanding real property taxes, third to be applied to the reasonable costs in bringing Plaintiff's motions to compel and for discovery sanctions, and the balance to be applied equally against the federal tax liabilities of Defendants Lonnie G. Vernon and Karen L. Vernon.

THAT Defendants' Counterclaim is dismissed in its entirety.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

s/LONNY R. SUKO
LONNY R. SUKO                                    S/MARVEL HANSBRAUGH
U.S. DISTRICT JUDGE                              Marvel Hansbraugh,
                                                 Clerk of Court

   MAY 23, 2011
Date